UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARLEEN BRADLEY,                         )
                                        )
            Plaintiff,                  )
                                        )    **JUDGMENT IN A CIVIL CASE**
      v.                                )
                                        )    **CASE NO. 5:17-CV-64-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,                     )
                                        )
            Defendant.                  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 27]. Plaintiff's motion for judgment on the pleadings [D.E. 21] is DENIED, defendant's motion for judgment on the pleadings [D.E. 24] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on March 8, 2018, and Copies To:**
| | |
|---|---|
| Charlotte Williamsn Hall | (via CM/ECF electronic notification) |
| Kaba-Kabi A. Kazadi | (via CM/ECF electronic notification) |

DATE:                               PETER A. MOORE, JR., CLERK
March 8, 2018                       (By) /s/ Nicole Briggeman
                                    Deputy Clerk